**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                            §   Case No. 11-35081-SPS
                                                  §
OLADELE AJAYI                                     §
ABIODUN AJAYI                                     §
                                                  §
                    Debtor(s)                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/20/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   05/29/2012                         By:   /s/ David P. Leibowitz
                                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 11-35081-SPS |
|---|---|---|
| | § | |
| OLADELE AJAYI | § | |
| ABIODUN AJAYI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,626.00
*and approved disbursements of* $1,926.71
*leaving a balance on hand of[1]:* $3,699.29

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,699.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $924.82 | $0.00 | $924.82 |
| David P. Leibowitz, Trustee Expenses | $6.60 | $0.00 | $6.60 |

Total to be paid for chapter 7 administrative expenses: $931.42
Remaining balance: $2,767.87

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Remaining balance: | $2,767.87 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,767.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,473.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Nordstrom fsb | $11,004.01 | $0.00 | $520.89 |
| 2 | Discover Bank | $840.85 | $0.00 | $39.80 |
| 3 | Discover Bank | $7,715.02 | $0.00 | $365.19 |
| 4 | Discover Bank | $3,969.61 | $0.00 | $187.90 |
| 5 | Nordstrom fsb | $6,090.62 | $0.00 | $288.30 |
| 6 | FIA CARD SERVICES, N.A./ Bank of America N.A. | $10,043.83 | $0.00 | $475.43 |
| 7 | Atlas Acquisitions LLC/ SEARS | $843.28 | $0.00 | $39.92 |
| 8 | Capital One Bank (USA), N.A. | $3,709.71 | $0.00 | $175.60 |
| 9 | Capital Recovery IV LLC/ Chase Bank USA | $8,262.24 | $0.00 | $391.10 |
| 10 | American InfoSource LP as agent for Target | $357.83 | $0.00 | $16.94 |
| 11 | American Express Centurion Bank | $1,316.87 | $0.00 | $62.33 |
| 12 | American Express Centurion Bank | $4,319.52 | $0.00 | $204.47 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,767.87 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-35081-TAB
Oladele Ajayi                                                   Chapter 7
Abiodun Ajayi
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez            Page 1 of 3              Date Rcvd: Jun 01, 2012
                              Form ID: pdf006            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2012.
db/jdb         +Oladele Ajayi,   Abiodun Ajayi,   2162 Bonita Lane,   Hoffman Estates, IL 60192-4629
17723791       +American Express,   PO Box 981537,   El Paso, TX 79998-1537
18101071        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17723793       +Bank of America,   450 American Street,   Simi Valley, CA 93065-6285
17723795       +Capital One Bank,   PO Box 30281,   Salt Lake City, UT 84130-0281
18003181        Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
17723796       +Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
17723798       +Chase Home Loans,   PO Box 24696,   Columbus, OH 43224-0696
17723799       +Chase/Best Buy,   PO Box 15298,   Wilmington, DE 19850-5298
17723801       +Citibank/Sears,   PO Box 6241,   Sioux Falls, SD 57117-6241
17723802       +Discover Bank,   c/o Baker & Miller,   29 N. Wacker Dr.,   Chicago, IL 60606-3221
17942508        FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17723809       +Home Depot/Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
17723810       +Macy's,   PO Box 8218,   Mason, OH 45040-8218
17723813       +Sears/Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
17723814       +St. Alexius Emergency,   c/o Dependon Collections,   PO Box 4833,   Hinsdale, IL 60522-4833
17723815       +Target Corp,   PO Box 673,   Minneapolis, MN 55440-0673
17723816       +US Department of Education,   PO Box 5609,   Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18043710        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2012 05:59:55
                 American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17812929       +E-mail/Text: bnc@atlasacq.com Jun 02 2012 05:49:10      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
18010526        E-mail/PDF: rmscedi@recoverycorp.com Jun 02 2012 05:21:42      Capital Recovery IV LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17723800       +E-mail/Text: resurgentbknotifications@resurgent.com Jun 02 2012 03:27:42      Citibank/Sears,
                 c/o LVNV Funding,   PO Box 10497,   Greenville, SC 29603-0497
17723803        E-mail/PDF: mrdiscen@discoverfinancial.com Jun 02 2012 04:32:35      Discover Financial Services,
                 PO Box 15316,   Wilmington, DE 19850
17928981        E-mail/PDF: mrdiscen@discoverfinancial.com Jun 02 2012 04:32:35      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17723805       +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2012 03:11:47      GE Money Bank/L&T,   PO Box 965015,
                 Orlando, FL 32896-5015
17723806       +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2012 03:11:24      GE Money Bank/Old Navy,
                 PO Box 965005,   Orlando, FL 32896-5005
17723807       +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2012 03:11:24      GE Money Bank/Sam's Club,
                 PO Box 965005,   Orlando, FL 32896-5005
17891568        E-mail/Text: ECF@SHERMETA.COM Jun 02 2012 07:07:48      JPMorgan Chase Bank, N.A.,
                 c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI  48308-0908
17723811       +E-mail/Text: bnc@nordstrom.com Jun 02 2012 04:11:57      Nordstorm's,   PO Box 13589,
                 Scottsdale, AZ 85267-3589
17927101       +E-mail/Text: bnc@nordstrom.com Jun 02 2012 04:11:57      Nordstrom fsb,   P.O. Box 6566,
                 Englewood, CO 80155-6566
17723812       +E-mail/Text: bnc@nordstrom.com Jun 02 2012 04:11:57      Nordstrom's,   PO Box 13589,
                 Scottsdale, AZ 85267-3589
17723817       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jun 02 2012 05:08:24      Village of Palatine,
                 c/o Armor Systems,   1700 Kiefer Dr.,   Zion, IL 60099-5105
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17723792*     +American Express,   PO Box 981537,   El Paso, TX 79998-1537
18101072*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17723797*     +Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
17723804*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial Services,    PO Box 15316,   Wilmington, DE 19850)
17723808*     +GE Money Bank/Sam's Club,   PO Box 965005,   Orlando, FL 32896-5005
17723794     ##+Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mgonzalez           Page 2 of 3           Date Rcvd: Jun 01, 2012
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez          Page 3 of 3          Date Rcvd: Jun 01, 2012
                              Form ID: pdf006          Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2012 at the address(es) listed below:

    David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
    Gloria C Tsotsos    on behalf of Creditor   JPMorgan Chase Bank, National Association nd-three@il.cslegal.com
    James Engel    on behalf of Debtor Oladele Ajayi jengel2001@sbcglobal.net
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                          TOTAL: 4