**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-35081-SPS |
| | § | |
| OLADELE AJAYI | § | |
| ABIODUN AJAYI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $450,000.00 | Assets Exempt: | $5,540.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,767.87 | Claims Discharged Without Payment: | $90,361.52 |
| Total Expenses of Administration: | $931.42 | | |

3) Total gross receipts of $5,626.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,926.71 (see **Exhibit 2),** yielded net receipts of $3,699.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $563,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $931.42 | $931.42 | $931.42 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $18,607.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $78,830.00 | $58,473.39 | $58,473.39 | $2,767.87 |
| **Total Disbursements** | $660,437.00 | $59,404.81 | $59,404.81 | $3,699.29 |

4). This case was originally filed under chapter 7 on 08/29/2011. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2012          By: /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Tax Refund | 1224-000 | $5,626.00 |
| **TOTAL GROSS RECEIPTS** | | $5,626.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Oladele Ajayi | Exemptions | 8100-002 | $1,926.71 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,926.71 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $395,000.00 | NA | $0.00 | $0.00 |
| | Chase Home Loans | 4110-000 | $168,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $563,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $924.82 | $924.82 | $924.82 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.60 | $6.60 | $6.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $931.42 | $931.42 | $931.42 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Department of | 5800-000 | $18,607.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

|  | Education |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $18,607.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-900 | $12,000.00 | $11,004.01 | $11,004.01 | $520.89 |
| 2 | Discover Bank | 7100-900 | $800.00 | $840.85 | $840.85 | $39.80 |
| 3 | Discover Bank | 7100-900 | $8,300.00 | $7,715.02 | $7,715.02 | $365.19 |
| 4 | Discover Bank | 7100-900 | $4,500.00 | $3,969.61 | $3,969.61 | $187.90 |
| 5 | Nordstrom fsb | 7100-900 | $6,500.00 | $6,090.62 | $6,090.62 | $288.30 |
| 6 | FIA CARD SERVICES, N.A./ Bank of America N.A. | 7100-900 | $12,000.00 | $10,043.83 | $10,043.83 | $475.43 |
| 7 | Atlas Acquisitions LLC/ SEARS | 7100-900 | $750.00 | $843.28 | $843.28 | $39.92 |
| 8 | Capital One Bank (USA), N.A. | 7100-900 | $3,709.00 | $3,709.71 | $3,709.71 | $175.60 |
| 9 | Capital Recovery IV LLC/ Chase Bank USA | 7100-900 | $8,500.00 | $8,262.24 | $8,262.24 | $391.10 |
| 10 | American InfoSource LP as agent for Target | 7100-900 | $357.00 | $357.83 | $357.83 | $16.94 |
| 11 | American Express Centurion Bank | 7100-900 | $1,316.00 | $1,316.87 | $1,316.87 | $62.33 |
| 12 | American Express Centurion Bank | 7100-900 | $4,049.00 | $4,319.52 | $4,319.52 | $204.47 |
|  | Chase Bank | 7100-000 | $1,000.00 | NA | NA | $0.00 |
|  | Chase/Best Buy | 7100-000 | $1,950.00 | NA | NA | $0.00 |
|  | Citibank/Sears | 7100-000 | $838.00 | NA | NA | $0.00 |
|  | GE Money Bank/L&T | 7100-000 | $600.00 | NA | NA | $0.00 |
|  | GE Money Bank/Old Navy | 7100-000 | $3,000.00 | NA | NA | $0.00 |
|  | GE Money Bank/Sam's Club | 7100-000 | $787.00 | NA | NA | $0.00 |
|  | GE Money Bank/Sam's Club | 7100-000 | $700.00 | NA | NA | $0.00 |
|  | Home Depot/Citibank | 7100-000 | $1,277.00 | NA | NA | $0.00 |
|  | Macy's | 7100-000 | $1,500.00 | NA | NA | $0.00 |
|  | Sears/Citibank | 7100-000 | $3,745.00 | NA | NA | $0.00 |
|  | St. Alexius Emergency | 7100-000 | $452.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Village of Palatine | 7100-000 | $200.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $78,830.00 | $58,473.39 | $58,473.39 | $2,767.87 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 11-35081-SPS | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | AJAYI, OLADELE AND AJAYI, ABIODUN | | **Date Filed (f) or Converted (c):** | 08/29/2011 (f) |
| **For the Period Ending:** | 8/9/2012 | | **§341(a) Meeting Date:** | 09/27/2011 |
| | | | **Claims Bar Date:** | 01/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Location: 2162 Bonita Lane, Hoffman Estates IL 60169 | $300,000.00 | $0.00 | DA | $0.00 | FA |
| 2  1535 Brookside Dr. Hoffman Estatres, IL 60169 | $150,000.00 | $0.00 | DA | $0.00 | FA |
| 3  Cash | $40.00 | $0.00 | DA | $0.00 | FA |
| 4  Chase (Checking) | $200.00 | $0.00 | DA | $0.00 | FA |
| 5  Healthcare Associates Credit Union (Savings) | $200.00 | $0.00 | DA | $0.00 | FA |
| 6  Motoroloa Credit Union (Savings) | $150.00 | $0.00 | DA | $0.00 | FA |
| 7  Household goods | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 8  Clothing | $650.00 | $0.00 | DA | $0.00 | FA |
| 9  Jewelry | $300.00 | $0.00 | DA | $0.00 | FA |
| 10  2003 Honda Element | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 11  2010 Tax Refund (u) | $0.00 | Unknown | DA | $5,626.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$455,540.00     $0.00     $5,626.00     $0.00

**Major Activities affecting case closing:**
Tax refund.
Request for status from IRS RE Tax Refund.
Prepare TDR
Distribution made per court orders.

**Initial Projected Date Of Final Report (TFR):** 05/31/2013     /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 05/31/2013     DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 11-35081-SPS | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | AJAYI, OLADELE AND AJAYI, ABIODUN | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******3884 | | **Checking Acct #:** | ******8101 |
| **Co-Debtor Taxpayer ID #:** | ******3885 | | **Account Title:** | |
| **For Period Beginning:** | 8/29/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/9/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/09/2012 | (11) | United States Treasury | Tax Refund | 1224-000 | $5,626.00 | | $5,626.00 |
| 04/12/2012 | 3001 | Oladele Ajayi | Entitled portion of Tax Refund. | 8100-002 | | $1,926.71 | $3,699.29 |
| 06/20/2012 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.60 | $3,692.69 |
| 06/20/2012 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $924.82 | $2,767.87 |
| 06/20/2012 | 3004 | Nordstrom fsb | Claim #: 1; Amount Claimed: 11,004.01; Amount Allowed: 11,004.01; Distribution Dividend: 4.73; | 7100-900 | | $520.89 | $2,246.98 |
| 06/20/2012 | 3005 | Discover Bank | Claim #: 2; Amount Claimed: 840.85; Amount Allowed: 840.85; Distribution Dividend: 4.73; | 7100-900 | | $39.80 | $2,207.18 |
| 06/20/2012 | 3006 | Discover Bank | Claim #: 3; Amount Claimed: 7,715.02; Amount Allowed: 7,715.02; Distribution Dividend: 4.73; | 7100-900 | | $365.19 | $1,841.99 |
| 06/20/2012 | 3007 | Discover Bank | Claim #: 4; Amount Claimed: 3,969.61; Amount Allowed: 3,969.61; Distribution Dividend: 4.73; | 7100-900 | | $187.90 | $1,654.09 |
| 06/20/2012 | 3008 | Nordstrom fsb | Claim #: 5; Amount Claimed: 6,090.62; Amount Allowed: 6,090.62; Distribution Dividend: 4.73; | 7100-900 | | $288.30 | $1,365.79 |
| 06/20/2012 | 3009 | FIA CARD SERVICES, N.A./ Bank of America | Claim #: 6; Amount Claimed: 10,043.83; Amount Allowed: 10,043.83; Distribution Dividend: 4.73; | 7100-900 | | $475.43 | $890.36 |
| 06/20/2012 | 3010 | Atlas Acquisitions LLC/ SEARS | Claim #: 7; Amount Claimed: 843.28; Amount Allowed: 843.28; Distribution Dividend: 4.73; | 7100-900 | | $39.92 | $850.44 |
| 06/20/2012 | 3011 | Capital One Bank (USA), N.A. | Claim #: 8; Amount Claimed: 3,709.71; Amount Allowed: 3,709.71; Distribution Dividend: 4.73; | 7100-900 | | $175.60 | $674.84 |
| 06/20/2012 | 3012 | Capital Recovery IV LLC/ Chase Bank USA | Claim #: 9; Amount Claimed: 8,262.24; Amount Allowed: 8,262.24; Distribution Dividend: 4.73; | 7100-900 | | $391.10 | $283.74 |
| 06/20/2012 | 3013 | American InfoSource LP as agent for Target | Claim #: 10; Amount Claimed: 357.83; Amount Allowed: 357.83; Distribution Dividend: 4.73; | 7100-900 | | $16.94 | $266.80 |
| 06/20/2012 | 3014 | American Express Centurion Bank | Claim #: 11; Amount Claimed: 1,316.87; Amount Allowed: 1,316.87; Distribution Dividend: 4.73; | 7100-900 | | $62.33 | $204.47 |
| 06/20/2012 | 3015 | American Express Centurion Bank | Claim #: 12; Amount Claimed: 4,319.52; Amount Allowed: 4,319.52; Distribution Dividend: 4.73; | 7100-900 | | $204.47 | $0.00 |

|  |  |  |
|---|---|---|
| **SUBTOTALS** | $5,626.00 | $5,626.00 |

Page No: 2
Case 11-35081 Doc 33 Filed 08/13/12 Entered 08/13/12 13:24:23 Desc Main
Document Page 8 of 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 11-35081-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AJAYI, OLADELE AND AJAYI, ABIODUN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3884 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | ******3885 | | Account Title: | |
| For Period Beginning: | 8/29/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,626.00 | $5,626.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,626.00 | $5,626.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,926.71 | |
| | | | **Net** | | $5,626.00 | $3,699.29 | |

**For the period of 8/29/2011 to 8/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,626.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,626.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,699.29 |
| Total Non-Compensable Disbursements: | $1,926.71 |
| Total Comp/Non Comp Disbursements: | $5,626.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/09/2012 to 8/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,626.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,626.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,699.29 |
| Total Non-Compensable Disbursements: | $1,926.71 |
| Total Comp/Non Comp Disbursements: | $5,626.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  |
|---|---|---|---|
| **Case No.** | 11-35081-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | AJAYI, OLADELE AND AJAYI, ABIODUN | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******3884 | **Checking Acct #:** | ******8101 |
| **Co-Debtor Taxpayer ID #:** | ******3885 | **Account Title:** | |
| **For Period Beginning:** | 8/29/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/9/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,626.00 | $5,626.00 | $0.00 |

| For the period of 8/29/2011 to 8/9/2012 | | For the entire history of the case between 08/29/2011 to 8/9/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,626.00 | Total Compensable Receipts: | $5,626.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,626.00 | Total Comp/Non Comp Receipts: | $5,626.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3,699.29 | Total Compensable Disbursements: | $3,699.29 |
| Total Non-Compensable Disbursements: | $1,926.71 | Total Non-Compensable Disbursements: | $1,926.71 |
| Total Comp/Non Comp Disbursements: | $5,626.00 | Total Comp/Non Comp Disbursements: | $5,626.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |